IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SHELDON J. OLIVER,<br><br>        Petitioner,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE and F.B.O.P.,<br><br>        Respondents. | Case No. 23-CV-00004-SPM |

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

    **IT IS ORDERED AND ADJUDGED** that pursuant to the Court's Order of February 13, 2023 (Doc. 5), this action is **DISMISSED without prejudice**.

    DATED:   February 13, 2023

                                                MONICA A. STUMP,
                                              Clerk of Court

                                              By:  s/ *Jackie Muckensturm*
                                                           Deputy Clerk

APPROVED: s/ *Stephen P. McGlynn*
                    STEPHEN P. McGLYNN
                    U.S. District Judge